THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| TYLER STEVENS,<br><br>    Plaintiff,<br><br>v.<br><br>CASEWORKER MUNIZ et al.,<br><br>    Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br><br>Case No. 2:22-CV-189 JNP<br><br>District Judge Jill N. Parrish |

  Plaintiff, Tyler Stevens, filed a prisoner civil-rights complaint, under 42 U.S.C.S. § 1983 (2021). He has since filed a letter requesting information on how "to drop this case," asking for "paperwork . . . need[ed] . . . to dismiss this case." ECF No. 8. This is construed as a motion for voluntary dismissal. Federal Rule of Civil Procedure 41(a)(2) allows the Court to dismiss a case "at the plaintiff's request."

  IT IS ORDERED that Plaintiff's motion to dismiss his complaint is GRANTED. (ECF No. 8.) This action is CLOSED.

  DATED this 15th day of April, 2022.

                BY THE COURT:

                _____
                JUDGE JILL N. PARRISH
                United States District Court